39 So.2d 60

**Earnest PAYNE v. CITY OF HUNTS-VILLE.**

8 Div. 692.

Court of Appeals of Alabama.

Jan. 20, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

41 So.2d 923

**George Hansell PAYNE v. STATE.**

6 Div. 855.

Court of Appeals of Alabama.

June 2, 1949.

Robt. H. Newman, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

41 So.2d 923

**Ruby PEOPLES v. STATE.**

6 Div. 739.

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

41 So.2d 923

**William L. PIERCE v. STATE.**

6 Div. 726.

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for thi. State.

CARR, Judge.

Affirmed.

38 So.2d 203

**R. C. PIERSON v. STATE.**

2 Div. 780.

Court of Appeals of Alabama.

Nov. 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

38 So.2d 203

**Wallace PIPER v. STATE.**

6 Div. 647.

Court of Appeals of Alabama.

Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.